```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　v.<br>GUSTAVO ESCOBEDO-FERNANDEZ<br>　　　　Defendant. | MAG. NO. 2:03-0281 DAD<br><br>GOVERNMENT MOTION TO DISMISS<br>COMPLAINT AGAINST GUSTAVO<br>ESCOBEDO-FERNANDEZ |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing without prejudice the above-captioned complaint filed on September 25, 2003 against defendant GUSTAVO ESCOBEDO-FERNANDEZ. Defendant, through his counsel, Benjamin D. Galloway, has informed the government that he does not oppose this motion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　Acting United States Attorney

Dated: May 11, 2009　　　　　　　　By:/s/Michael D. Anderson
　　　　　　　　　　　　　　　　　　MICHAEL D. ANDERSON
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,      )
10                                 )   MAG. NO. 2:03-0281 DAD
              Plaintiff,           )
11                                 )
         v.                        )
12                                 )   ORDER DISMISSING COMPLAINT
    GUSTAVO ESCOBEDO-FERNANDEZ     )   AGAINST GUSTAVO ESCOBEDO-
13                                 )   FERNANDEZ
              Defendant.           )
14  _____ )
15         Based on the government's motion to dismiss the complaint
16  against GUSTAVO ESCOBEDO-FERNANDEZ,
17         IT IS HEREBY ORDERED that the above-captioned complaint be
18  and hereby is dismissed without prejudice as to GUSTAVO ESCOBEDO-
19  FERNANDEZ;
20         IT IS FURTHER ORDERED that the Preliminary Hearing
21  scheduled for May 20, 2009 be vacated.
22  DATED: May 13, 2009.
23
                               _____
24                             DALE A. DROZD
25                             UNITED STATES MAGISTRATE JUDGE
26
27  Ddad1/orders.criminal/escobedo-fernandez0281.ord
28
```